UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE DE LA CRUZ, | ) | Case No. CV 05-299 PSG(JC) |
| Petitioner, | ) ) | (PROPOSED) JUDGMENT |
| v. | ) ) | |
| M. EVANS, Warden, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _____December 10, 2010_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE